1    U.S. DISTRICT JUDGE RICARDO S. MARTINEZ

2

3

4

5

6

7

8    UNITED STATES DISTRICT COURT
     WESTERN DISTRICT OF WASHINGTON

9
     MITCHELL L. ANDERSON,                    )
10                                            )   CIVIL NO. 3:20-cv-05338-RSM
                        Plaintiff,            )
11                                            )   ORDER FOR ATTORNEY'S FEES
     vs.                                      )   PURSUANT TO 42 U.S.C. § 406(b)
12                                            )
     COMMISSIONER OF SOCIAL SECURITY,         )
13                                            )
                        Defendant.            )
14   _____)

15          THIS MATTER having come on regularly before the undersigned upon by Plaintiff's

16   Motion For Attorneys Fees Pursuant To 42 U.S.C.§ 406(b), the Court having considered the

17   contentions of Plaintiff and Defendant, good cause having been shown for entry of the Order,

18   now therefore, it is hereby

19          ORDERED that Plaintiff's attorney David P. Oliver is awarded a gross attorney's fee of

20   $15,627.00 pursuant to 42 U.S.C. § 406(b), reduced by the EAJA fees of $6,048.00 that

21   previously were awarded, leaving a net fee of $3,579.00 When issuing the 42 U.S.C. § 406(b)

22   check for payment to Plaintiff's attorney herein, Social Security is directed to send to Plaintiff's

23

     ORDER FOR ATTORNEY'S FEES PURSUANT TO 42          David Oliver & Associates
     U.S.C. § 406(b) - 1                               2608 South 47th Street, Suite C
                                                       Tacoma, WA 98409
                                                       (253) 472-4357
                                                       david@sslawyer.org

1    attorney the net balance of $3,579.00, minus any applicable processing fees as allowed by

2    statute.

3            DATED this 8th day of September, 2022.

4

5                                                    RICARDO S. MARTINEZ
                                                     UNITED STATES DISTRICT JUDGE

6    Presented by:

7

     S/David P. Oliver
8    David P. Oliver
     Attorney for Plaintiff

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

     ORDER FOR ATTORNEY'S FEES PURSUANT TO 42        David Oliver & Associates
                                                     2608 South 47th Street, Suite C
     U.S.C. § 406(b) - 2                             Tacoma, WA 98409
                                                     (253) 472-4357
                                                     david@sslawyer.org

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ORDER FOR ATTORNEY'S FEES PURSUANT TO 42
U.S.C. § 406(b) [-field MERGEFIELD F494 «F494»] - 3

Halpern & Oliver, PLLC
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055